In the Matter of the Dissolution of 601 WEST 26 CORP. SOL G. ATLAS, Respondent; 601 WEST 26 CORP., Appellant.—

·Concur — Stevens, P. J., Capozzoli, Markewich, Kupferman and Tilzer, JJ.